Center for Disability Access
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEFFREY M. JUDD (SBN: 136358)
jjudd@buchalter.com
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Attorneys for Defendant
45 Belden Place, LLC

MARIE TRIMBLE HOLVICK (SBN: 257891)
mholvick@grsm.com
MICHELLE FREEMAN (SBN: 318908)
mxfreeman@grsm.com
GORDON, REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Attorneys for Defendant
KBurger, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>45 BELDEN PLACE, LLC, a California Limited Liability Company; KBURGER, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 4:19-CV-06703-DMR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 07, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 07, 2020     BUCHALTER

By: /s/ Jeffrey M. Judd
    Jeffrey M. Judd
    Attorneys for Defendant
    45 Belden Place, LLC

Dated: September 07, 2020     GORDON, REES SCULLY MANSUKHANI, LLP

By: /s/ Marie Trimble Holvick
    Marie Trimble Holvick
    Michelle Freeman
    Attorneys for Defendant
    KBurger, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Marie Trimble Holvick and Jeffrey M. Judd, counsel's for KBurger, LLC and 45 Belden Place, LLC, respectively, and that I have obtained Ms. Holvick's and Mr. Judd's authorization to affix their electronic signature to this document.

Dated: September 07, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff